IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM C. MURRAY, JR.**                                                                          **PLAINTIFF**

VS.                                **4:16CV00061-BRW**

**MICHAEL HARDY, Transport Officer,**
**Conway County Detention Center;** *et al.*                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice.

IT SO ORDERED this 6th day of April, 2016.

                                                 /s/ Billy Roy Wilson
                                               UNITED STATES DISTRICT JUDGE